# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
FEB 1 1 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Priority Parcel 2311 2790 0000 2248 4731,<br>addressed to Car Care Products, 311 Elm St #2,<br>Charleston, WV 25302 | )<br>)<br>)  Case No.<br>)<br>)  14 MJ 0552<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ___Southern___ District of ___California___ *(identify the person or describe property to be searched and give its location)*: Priority Parcel 2311 2790 0000 2248 4731, addressed to Car Care Products, 311 Elm St #2, Charleston, WV 25302 which is in the custody of the US Postal Inspection Service in San Diego, California.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: Controlled substances, materials, and documents reflecting the distribution of controlled substances through the United States Mails, including money paid for controlled substances, in violation of Title 21, U.S.C., Sections 841(a)(1), 843(b), and 846.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___21___ U.S.C. § ___841(a)(1)___, and the application is based on these facts: See attached affidavit of Postal Inspector T. Babcock

☑ Continued on the attached sheet.

☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

T. Babcock - Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2-10-14

*Judge's signature*

City and state: San Diego, California          NITA L. STORMES, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT FOR SEARCH WARRANT

I, T. Babcock, being duly sworn hereby depose and state:

1. I am a United States Postal Inspector currently assigned to the San Diego Field Office of the United States Postal Inspection Service and my duties include investigating violations of the Drug Abuse Prevention and Control Act.

2. This affidavit is submitted in support of an application for a search warrant for the following Priority Mail Parcel:
   - Priority Mail Parcel 2311 2790 0000 2248 4731, addressed to "Car Care Products, 311 Elm St #2, Charleston, WV 25302." The parcel has the return address information of "Quality Instant Printing, 1535 Tidelands Ave, National City, CA 91950."

3. I have been employed as a Postal Inspector since May 2004. From May 2004 through August 2004, I attended the Basic Postal Inspector Academy. Starting in August 2004, I was assigned to the External Crimes Mail Theft and Violent Crimes Team of the Postal Inspection Service. My duties include the investigation of mail theft and violent crimes involving the United States Postal Service employees and facilities. In October 2009, I was assigned to the Prohibited Mailings Illegal Narcotics Team. I have received training from the U.S. Postal Inspection Service which included instruction regarding individuals using the U.S. Mails to transport controlled substances and proceeds from the sale of controlled substances, as well as the use of Postal Money Orders to launder the proceeds of controlled substances transactions.

4. Based upon my training, experience and discussions with other Postal Inspectors and Agents I know the following in summary:

   a. Individuals who regularly handle controlled substances leave the scent of controlled substances on the currency and other items they handle. Proceeds from

      these sales are often stored in close proximity to the controlled substances, thereby transferring the odor of the controlled substance to the monies and packaging materials. Narcotic canines are trained to alert on the scents of controlled substances.

b.    The Postal Inspection Service and DEA Narcotic Task Force Commercial Interdiction Team have worked aggressively to limit the use of shipping companies and the U.S. Mail for the transportation of controlled substance through these companies.

c.    Ongoing investigations have disclosed that Priority/overnight and "two day" parcel deliveries have become a method of choice by drug dealers for the transportation of contraband or the proceeds of narcotic sales.

d.    I know that Southern California is a source region for controlled substances being mailed throughout the United States. The proceeds from these narcotic transactions are then transported via the U.S. Mails and other communication facilities back to Southern California, the source of the controlled substances.

e.    Drug dealers prefer the U.S. Mail, (but will sometimes utilize commercial shipping companies), specifically "Express Mail" or "Priority Mail," for the narcotic or narcotic proceeds transportation for various reasons, some of which are listed below:

    1.    Items sent via "Express Mail" or "Priority Mail" are considered to be first-class mail, therefore, cannot be examined without a Federal Search Warrant.
    2.    "Express Mail" is usually requested to be delivered by the next day's mail.
    3.    "Priority Mail" is usually requested to be delivered within two days of mailing.

    4.     Dispatch times for "Express Mail" are specific and are controllable by the mailer/shipper.

    5.     Any delay to the mail is an indication to the mailer the mail items have been possibly compromised by law enforcement agencies to obtain a search warrant.

    6.     While it is not always the case that a delay of "Express Mail" or "Priority Mail" is for law enforcement purposes, those involved in illegal transactions have found that the odds are against delays in deliveries of "Express Mail" or "Priority Mail" by United States Postal Service.

    7.     "Express Mail" and Priority Mail" may weigh up to 70 pounds and is desired for large volume shipments.

f.     Businesses are more likely to use Express Mail and Priority Mail in the course of normal business and will often use an Express Mail Corporate Account Number for the billing of the mailed articles.

g.     Criminals who are involved in trafficking of controlled substances and drug proceeds will often receive multiple Express Mail articles within a short time period of each other.

h.     I also know that drug related parcels containing currency, checks or money orders sometimes do not contain the presence of controlled substances because persons involved in shipping often utilize packing methods and sanitation procedures to conceal the odor of controlled substances.

i.     I also know from talking to U.S. Postal Service Supervisors and employees responsible for handling the mail that Express Mail is insured for up to $100 in case of loss or damage. Insurance for Priority Mail may be purchased at an additional fee. Customers are discouraged from sending U.S. currency via the U.S. Mails and are encouraged to purchase negotiable instruments as a means to send currency by the U.S. Postal Service.

5. The information in this affidavit is based upon information I have gained from my investigation, my personal observations, my training and experience as well as information related to me by other Postal Inspectors and law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.

6. On February 7, 2014, during routine interdiction activities at the USPS Margaret Sellers Processing and Distribution Facility, Postal Inspectors came into contact with Priority Mail parcel 2311 2790 0000 2248 4731. The parcel was addressed to Car Care Products, 311 Elm St #2, Charleston, WV 25302, with the return address information of Quality Instant Printing, 1535 Tidelands Ave, National City, CA 91950. Postal Inspectors became suspicious of the subject parcel for the following reasons: the size, shape and appearance of the parcel was consistent with parcels previously identified in other investigations that contained narcotics; the parcel label was originally mailed from zip code 92110, however the return address is National City, CA 91950. I know from previous investigations that drug traffickers often use different post offices other than post offices close to their location to avoid detection by law enforcement. Postal Inspectors took possession of the parcel for further investigation.

7. Postal Inspectors made an inquiry with Accurint, an electronic database that has proven reliable in previous investigations in determining the legitimacy of name and address information. Postal Inspectors researched the name and address information of Car Care Products, 311 Elm St #2, Charleston, WV 25302, and determined this is a valid address, but Car Care Products is not association with this address. Postal Inspectors researched return name and address information of Quality Instant Printing, 1535 Tidelands Ave, National City, CA 91950 and determined this is a valid address, and Quality Instant Printing is association with this address. I know from previous investigations that drug traffickers will sometimes attempt to conceal their identities by using fictitious names and/or return addresses to avoid identification and/or detection by law enforcement.

8. On February 10, 2014, I met with Border Patrol Agent Charles Rogers and his trained narcotic detection canine Kass at the United States Postal Service Midway Processing and Distribution Facility. Agent Rogers and Kass conducted an exterior examination of the subject Priority Mail parcel 2311 2790 0000 2248 4731. When Kass examined the parcel described above, Agent Rogers advised that Kass alerted to the presence of the odor of controlled substances.

9. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe controlled substances, notes and/or currency from the illegal sale and mailing of controlled substances is being concealed in Priority Mail Parcel 2311 2790 0000 2248 4731and seek the issuance of a search warrant directing the search of the article as described above and the seizure of the article, any controlled substances, currency, and/or materials and documents reflecting the distribution of controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

T. Babcock
Postal Inspector

Sworn to before me, and subscribed in my presence, on this
10th Day of Feb., 2014

Nita L. Stormes
U. S. Magistrate Judge

5